UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALEXANDER HERNANDEZ

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-CR-519 (CS)

Defendant ___ALEXANDER HERNANDEZ___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
ALEXANDER HERNANDEZ

_____
KARLA M. REYES
Assistant Federal Defender
Middle District of Florida, Orlando Division
FL Bar 72652
201 S. Orange Ave. Suite 300
Orlando, Florida 32801
Karla_reyes@fd.org
407-648-6338 office
407-648-6095 fax

This proceeding was conducted by reliable video or telephone conferencing technology.

9/3/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge