

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

September 21, 2021

Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Alexander Hernandez*
Dkt.: 21 Cr 519

**Application granted. Defendant Hernandez may have until 9/27/21 to satisfy the conditions of bail**

SO ORDERED.

*Cathy Seibel* 9/22/21
CATHY SEIBEL, U.S.D.J.

Dear Judge Seibel:

I am the attorney for the defendant Alexander Hernandez. With the consent of the Government, I request that Mr. Hernandez be allowed until Monday, September 27, 2021 to complete the requirement to have two co-signors of his bond. Currently, he was to have this issue completed today.

We have identified two signors for the bond, and the Government has interviewed one of them and anticipates the second will be interviewed tomorrow. Both live in Florida, near the defendant, and are native Spanish speakers, so the interviews require an interpreter to also participate in the Zoom process. The Court docketed the bond this afternoon, so once the co-signors have been approved, they will travel to a federal courthouse in Florida in their district, be sworn by the local clerk of court, and execute the bond. Once that issue is satisfied, the terms and conditions will be fully complete as everything else is done.

I thank the Court for its consideration in this matter.

Respectfully submitted,

1

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Road
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724

*Sam Braverman*
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: Counsel for the parties (BY ECF and email)

2